07-CV-01925-CMP

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC 04 2007   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIRLEY SCHEIER, an individual,

        Plaintiff,

    v.

CITY OF SNOHOMISH, a municipal
corporation, and DARLENE GIBSON,
CHUCK MACKLIN, and ALEXANDER
ROSS, all individuals,

        Defendants.

No. **C 07-1925** MJB

NOTICE OF REMOVAL

(FROM SNOHOMISH COUNTY
SUPERIOR COURT, SNOHOMISH
COUNTY CAUSE NO. 07-2-08715-8)

**(CLERK'S ACTION REQUIRED)**

TO:    UNITED STATES DISTRICT COURT CLERK
        WESTERN DISTRICT AT SEATTLE

    COME NOW Defendants City of Snohomish, Darlene Gibson, Chuck Macklin and

Alexander Ross by and through their attorneys of record, and pursuant to 28 U.S.C. §§

1441 and 1446 hereby request that this matter be removed to Federal Court.

    This matter is subject to removal because Plaintiff has alleged, inter alia, that

Defendants have violated Plaintiff's rights secured by the Constitution and/or laws of the

United States in this civil action. To wit, the Plaintiff is attempting to allege a cause of

action pursuant to Title 42 U.S.C. §1983, and requests compensatory damages and an

award of reasonable attorneys' fees pursuant to 42 U.S.C. §1988. See Plaintiff's

"Complaint" at ¶¶ 23 attached hereto and incorporated herein by reference.

NOTICE OF REMOVAL USDC - 1
K:\RBJ\wcia07165\p-113007-notice of removal usdodoc.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

2

3

Thus, Plaintiff's Complaint alleges claims based on the Constitution and/or laws of the United States and this Court has original jurisdiction in light of said claims pursuant to 28 U.S.C. § 1331.

4

5

6

Plaintiff's subject lawsuit was filed in Snohomish County Superior Court on or about November 15, 2007. Defendants City of Snohomish, Darlene Gibson, Chuck Macklin and Alexander Ross received notice of the suit on November 28, 2007.

7

8

9

10

11

Therefore, this matter is subject to removal to this District Court as the Plaintiff herein has filed a suit in a County Superior Court embraced by this District Court and Plaintiff therein has alleged claims arising under the Constitution and/or laws of the United States in this civil action.

12

Respectfully submitted this 3rd day of December, 2007.

13

14

15

16

17

KEATING, BUCKLIN & MCCORMACK, INC., P.S.

RICHARD B. JOLLEY, WSBA #23473
Attorney for Defendants City of City of Snohomish,
Darlene Gibson, Chuck Macklin and Alexander Ross

18

19

20

21

22

23

24

25

26

27

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

2

## DECLARATION OF SERVICE

3
I, Beverly Eberhardt, hereby declare under penalty of perjury of the laws of the

4
State of Washington that I am of legal age and not a party to this action; that on the 3rd day

5
of December, 2007, I caused a copy of Defendant City of Snohomish, et al's Notice of

6
Removal to be

7
    [  ]    faxed; and/or

8
    [  ]    mailed via U.S. Mail, postage pre-paid; and/or
    [X]    sent via ABC Legal Messengers, Inc.

9

10
from Seattle, Washington, addressed as follows:

11
    Aaron H. Caplan
    ACLU

12
    705 2nd Ave., Ste 300
    Seattle, WA 98104

13

14
    Venkat Balasubramani
    Balasubramani Law

15
    8426 40th Ave SW
    Seattle, WA 98136

16

17

18
Beverly Eberhardt

19

20

21

22

23

24

25

26

27

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

# FILED

NOV 15 2007

PAM L. DANIELS
COUNTY CLERK
SNOHOMISH CO. WASH

1
2
3
4
5
6
7
8
9
10

THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR SNOHOMISH COUNTY

11
12
13
14
15
16
17
18
19

| | |
|---|---|
| SHIRLEY SCHEIER, an individual, | No. **07  2  08715  8** |
| Plaintiff, | |
| v. | **COMPLAINT** |
| CITY OF SNOHOMISH, a municipal corporation, and DARLENE GIBSON, CHUCK MACKLIN, and ALEXANDER ROSS, all individuals, | |
| Defendants. | |

20
21
22
23
24
25
26

1.   This Complaint arises out of the unlawful detention and arrest of

Shirley Scheier by City of Snohomish police officers, without reasonable suspicion or

probable cause, during the lawful exercise of First Amendment rights by Scheier.

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

COMPLAINT – 1



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PARTIES**

2.      Plaintiff Shirley Scheier ("*Scheier*") is a natural person who resides in

Seattle, Washington.

3.      Defendants Darlene Gibson, Chuck Macklin, and Alexander Ross (the

"*Officers*") are City of Snohomish Police Officers. At all times, their actions alleged

in the Complaint were taken during the course of their employment by the City of

Snohomish and under color of state law as that term is used in 42 U.S.C. § 1983. The

Officers are being sued in their individual and official capacities.

4.      The City of Snohomish (the "*City*") is a municipal entity doing business

in the State of Washington. The actions of the Officers were undertaken pursuant to

municipal policies of the City.

**JURISDICTION AND VENUE**

5.      Jurisdiction and venue are proper in this Court because the incidents

complained of occurred in Snohomish County, RCW 4.12.020, and because one or

more of the defendants resides in Snohomish County, RCW 4.12.025.

**FACTUAL ALLEGATIONS**

6.      Scheier is an artist and Professor at the University of Washington

School of Art. Scheier incorporates photography into her work. Her recent work

COMPLAINT – 2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

explores the relationship between humans and their environment, especially in the

context of industrialization. Consequently, she often photographs power lines, power

stations, and other public utility infrastructure. She is careful not to trespass while

taking photographs, and obey all applicable laws while doing so.

7.     On October 17, 2005, Scheier drove from her home to the City of

Snohomish in order to take photos of power lines near the Snohomish Substation of

the Bonneville Power Administration ("*BPA*"). She took approximately seventeen

photographs of the power lines and towers holding them. Her photos were taken

from different vantage points that are accessible to the public.

8.     All of her photographs were taken on land accessible to the public,

including from city streets and rights-of-way. Scheier saw no signs prohibiting cars

or pedestrians in those areas, or any signs forbidding photography.

9.     As she was driving home, Scheier was pulled over by one of the

Officers.

10.     Though Scheier assumed she had been pulled over for a minor traffic

violation, it quickly became apparent that was not the case. Two other Officers

joined the first officer on the scene, questioned Scheier vigorously about why she was

taking photos, and demanded to see the photos she had taken.

COMPLAINT – 3

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

11.   During the questioning, the Officers demanded she exit her car.  The Officers handcuffed her and patted her down, treating her roughly in the process.

12.   The Officers then detained her in one of the police vehicles while they searched her car.  A shaken Scheier was released after having been in custody approximately one hour.  She was told that the FBI would be investigating and contacting her, although there has been no follow-up inquiry by the FBI.

13.   Scheier notified her Senator of the incident, who requested information from the City.

14.   The City maintained that the Officers had acted reasonably under the circumstances.  In a letter to Senator Maria Cantwell dated December 8, 2005, the City acknowledged that the actions of the Officers were triggered because Scheier was "taking photographs of the facility." The City further maintained that "[these] suspicious facts . . . clearly justified the brief detention and actions taken . . . ."

15.   The City thus ratified the actions of the Officers and proclaimed its municipal policy that taking photographs of public infrastructure such as power plants from public property is suspicious behavior which justifies detention and arrest.

16.   This incident had a variety of negative consequences for Professor Scheier.  She lost, and continues to lose, sleep, and suffered other signs of stress and

COMPLAINT – 4

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

nervousness following the incident. Equally important, she became reluctant to engage in photography and her art, for fear of suffering the same fate again.

## FIRST CAUSE OF ACTION: TORTIOUS CONDUCT

17.    Defendants' conduct constituted the state law torts of negligence, invasion of privacy, and false arrest.

18.    The City is responsible in tort for the actions of the Officers under the doctrine of *respondeat superior.*

19.    Scheier complied with state tort claim procedures by submitting a claim on August 31, 2007, which was rejected in a letter dated September 24, 2007. This action was filed more than sixty days after presentation of the claim.

## SECOND CAUSE OF ACTION: FOURTH AMENDMENT (§ 1983)

20.    Defendants unreasonably seized and searched plaintiff and her car without reasonable suspicion or probable cause to believe that plaintiff had been or was about to be committing a crime.

21.    Following plaintiff's initial detention, Defendants unjustifiably prolonged the seizure and used excessive force by handcuffing her and placing her in the back of the police car.

COMPLAINT – 5

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington  98104-1799
(206) 624-2184

22.     Defendants' conduct infringed on plaintiff's right to be free from unreasonable searches and seizures in violation of the Fourth and Fourteenth Amendments to the United States Constitution.

23.     Defendants' actions taken under color of state law violated plaintiff's federal rights under 42 U.S.C. § 1983.

### THIRD CAUSE OF ACTION: FIRST AMENDMENT (§ 1983)

24.     In taking the photographs described above, plaintiff was engaged in expressive activity protected under the First Amendment to the United States Constitution.

25.     Defendants took action against plaintiff substantially motivated by her exercise of her free speech rights.

26.     Defendants' conduct infringed on plaintiff's rights under the First and Fourteenth Amendments to the United States Constitution.

27.     Defendants' actions taken under color of state law violated plaintiff's federal rights under 42 U.S.C. § 1983.

COMPLAINT – 6

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

1

**RELIEF REQUESTED**

2

3

Plaintiff seeks the following relief:

4

A.    Monetary damages against all defendants in an amount to be

5

determined at trial;

6

7

B.    Costs and reasonable attorney fees pursuant to 42 U.S.C. § 1988 or any

8

other applicable law; and

9

C.    Such other and further relief as the Court deems just and proper.

10

11

DATED this 15th day of November, 2007.

12

13

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON

14

FOUNDATION

15

By:   Aaron H. Caplan,

16

WSBA #22525

17

18

BALASUBRAMANI LAW

19

By: _____

20

Venkat Balasubramani

21

WSBA #28269

22

23

24

25

26

COMPLAINT – 7