UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIRLEY SCHEIER, an individual,

Plaintiff,

v.

CITY OF SNOHOMISH, a municipal corporation, and DARLENE GIBSON, CHUCK MACKLIN, and ALEXANDER ROSS, all individuals,

Defendants.

CASE NO. C07-1925-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Local Rules W.D. Wash. MJR 9(a) and CR 39.1(e), the Court hereby REFERS this matter to United States Magistrate Judge Brian A. Tsuchida for the purpose of conducting mediation.

DATED this 9th day of April, 2009.

BRUCE RIFKIN, Clerk of Court

By */s/ V. Perez*
Deputy Clerk

MINUTE ORDER – 1